```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY LUIS SOLORZANO,

           Plaintiff,

-against-

YAMAHA MOTOR FINANCE CORPORATION, USA,

           Defendant.

1:20-cv-07248-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

       The Court has received a notice from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 6]. Accordingly, IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for December 14, 2020, at 1:00 PM is cancelled. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 1, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **December 1, 2020**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**